No. 98–7917. FREEMAN v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 98–7919. HAYDEN v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 98–7924. HAMILTON v. KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–7925. FARVER v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 98–7933. HICKS v. CAMBRA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 98–7949. MOZER v. MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–7950. LAUDERDALE v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 98–7960. MOORE v. POWELL, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 98–7978. CARROLL v. DETELLA, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 98–7985. SALAMEH v. UNITED STATES; and
No. 98–8006. AYYAD v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 152 F. 3d 88.

No. 98–7990. HATCHETT v. CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–7996. HUNTER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8004. LANGLER v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 98–8019. CLIFF v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.